Prob 12C

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

| | |
|---|---|
| **Offender Name:** | Lonnie Charles DENISON |
| **Docket Number:** | 2:07CR00169-01 |
| **Offender Address:** | Fairfield, California |
| **Judicial Officer:** | Honorable Garland E. Burrell, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 04/11/2008 |
| **Original Offense:** | 18 USC 1366 - Damage to an Energy Facility<br>(CLASS D FELONY) |
| **Original Sentence:** | 60 months Probation; $100 Special Assessment; $34,163 Restitution. |
| **Special Conditions:** | 1) Drug/alcohol treatment; 2) Drug/alcohol testing; 3) Mental health treatment; 4)180 days home incarceration; 5) Aftercare copayment; 6) No contact with California Independent Systems Operator (CAL-ISO) or employees of CAL-ISO. |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 04/11/2008 |
| **Assistant U.S. Attorney:** | Kyle F. Reardon    **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Rachelle Barbour, AFD    **Telephone:** (916) 498-5700 |
| **Other Court Action:** | None. |

RE:  Lonnie Charles DENISON
Docket Number:  2:07CR00169-01
PETITION FOR WARRANT OR SUMMONS
FOR OFFENDER UNDER SUPERVISION

PETITIONING THE COURT

( X )   TO ISSUE A WARRANT

The probation officer alleges the offender has violated the following condition(s) of supervision:

**Charge Number**      **Nature of Violation**

**Charge 1:**          **NEW LAW VIOLATION**

On August 22, 2012, Napa County Sheriff's deputies (Case No. NSD 12-003128) responded to a report of vandalism to multiple properties and an abandoned vehicle in St. Helena, California. Through investigation, coupled with the offender's contact with Napa County Sheriff's deputies, on August 21, 2012, charges of California Penal Code Sections 459 - Burglary; 594 (B)(1) - Vandalism ($400 or more);  and 603 - Forcible Entry, were forwarded to the Napa County District Attorney, in violation of the mandatory condition which states, *"The defendant shall not commit another federal, state or local crime."*

**Charge 2:**          **FAILURE TO REPORT CONTACT WITH LAW ENFORCEMENT**

On August 21, 2012, the offender was contacted by the Napa County Sheriff's deputies (Case No. NSD 12-003128) after receiving motorist complaints of a suspicious person in St. Helena, California. The offender failed to notify the probation officer of law enforcement contact, in violation of Standard Condition number 11, which states, *"The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer."*

RE:     **Lonnie Charles DENISON**
        **Docket Number:  2:07CR00169-01**
        **PETITION FOR WARRANT OR SUMMONS**
        **FOR OFFENDER UNDER SUPERVISION**

**Charge 3:**          **LEAVING THE JUDICIAL DISTRICT WITHOUT THE PERMISSION OF THE COURT OR PROBATION OFFICER**

On August 21, 2012, the offender was contacted by the Napa County Sheriff's deputies (Case No. NSD 12-003128), in St. Helena, California (Northern District of California). The offender did not obtain permission to leave the judicial district, in violation of Standard Condition 1, which states: *"The defendant shall not leave the judicial district without permission of the court or probation officer."*

**Justification:** The offender commenced probation on April 11, 2008. Throughout his supervision, the offender has maintained sporadic employment and has struggled with stabilizing his mental health issues. The offender has participated in mental health counseling via the probation office's contract vendors and has been prescribed mental health medications during the majority of his probation term.

On August 21, 2012, at approximately 11:30 p.m., the offender was contacted by Napa County Sheriff's deputies (Case No. NSD 12-003128) in St. Helena, California, in response to motorist complaints of a suspicious person in the roadway. Upon contact, the offender was observed to be bleeding profusely from his hands, smelled of alcohol, was lethargic and largely uncooperative. The offender was transported to a local area hospital. While in the hospital, the offender expressed an intent to hurt himself, removed a part of his IV and blew into it (attempting to cause a fatal embolism), and expressed to nursing staff and deputies of his intent to find a scalpel to "finish the job." The offender was later committed to an involuntary 72-hour hold pursuant to California Welfare and Institutions Code Section 5150. Investigation on scene revealed blood trails to a nearby unoccupied residence's front porch, where it appeared the offender attempted to contact residents for help. However, no other source for the offender's injuries or a vehicle were located that night.

**RE:** **Lonnie Charles DENISON**
 **Docket Number:  2:07CR00169-01**
 **PETITION FOR WARRANT OR SUMMONS**
 **FOR OFFENDER UNDER SUPERVISION**

On August 22, 2012, Napa County Sheriff's Department received a complaint of an abandoned vehicle and vandalism near the area the offender was contacted the previous night. Investigation revealed an estimated $100,000 in damage to four buildings and smashed security gates. Nearly every property's windows were broken with damage to entry doors, the interiors were ransacked, as well as blood was observed throughout the buildings and property. The abandoned vehicle was determined to be registered to the offender.

August 30, 2012, the probation officer was advised by Detective Hancock of Napa County Sheriff's Department regarding the above incident. At that time, the offender was known to have been released from his involuntary commitment and returned to his residence in Fairfield, California. The probation officer made several attempts to contact the offender via his cellular telephone; however, no calls were answered or returned.

On September 4, 2012, Detective Hancock advised the offender's mother had filed a missing person's report for the offender on August 31, 2012 (Fairfield Police Department Report 12-8755), however on September 1, 2012, rescinded the missing person's report after the offender returned home.

**Bail/Detention:** Based on all the above information, it is recommended the Court issue a no-bail warrant. The offender's substance abuse and mental health de-compensation poses a significant danger to himself and the community.

**RE:** **Lonnie Charles DENISON**
**Docket Number: 2:07CR00169-01**
**PETITION FOR WARRANT OR SUMMONS**
<u>**FOR OFFENDER UNDER SUPERVISION**</u>

**I declare under penalty of perjury that the foregoing is true and correct.**

**EXECUTED ON**:    September 5, 2012
Sacramento, California
PYM/sg

Respectfully submitted,

/s/ Philip Y. Mizutani
**PHILIP Y. MIZUTANI**
**United States Probation Officer**
Telephone: (916) 930-4309

**REVIEWED BY**:    /s/ Michael A. Sipe
**MICHAEL A. SIPE**
**Supervising United States Probation Officer**

Rev. 02/2012
VIOLATION__PETITION
(PROB12C-PROB (ND).MRG

RE:   **Lonnie Charles DENISON**
      **Docket Number:  2:07CR00169-01**
      **PETITION FOR WARRANT OR SUMMONS**
      **FOR OFFENDER UNDER SUPERVISION**

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

(X)   The issuance of a warrant      ( )   Bail set at $ ____      ( )   No Bail

( )   The issuance of a summons (copy to Defense Counsel).

( )   Other:

**FURTHER PROCEEDINGS REGARDING CUSTODY:**

( )   Defendant is ordered detained, to be brought before District Judge forthwith.

( )   Initial appearance and detention hearing before Magistrate Judge.

Dated:  September 6, 2012

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    Senior United States District Judge


cc:   United States Probation
      Kyle F. Reardon, Assistant United States Attorney

## STATEMENT OF EVIDENCE OF ALLEGED
## PROBATION VIOLATIONS

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                                **RE:   Lonnie Charles DENISON**
                                        **Docket Number:   2:07CR00169-01**

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named probationer is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Offender Under Supervision.

**Charge 1:**    **NEW LAW VIOLATION**

    **A.**    **Evidence:**

        (1)    Napa County Sheriff's Department, report number NSD 12-003128.

    **B.**    **Witnesses:**

        (1)    United States Probation Officer Philip Y. Mizutani will testify to the contents of the arrest report and information received from the Napa County Sheriff's Department.

**Charge 2:**    **FAILURE TO REPORT CONTACT WITH LAW ENFORCEMENT**

    **A.**    **Evidence:**

        (1)    Napa County Sheriff's Department, report number NSD 12-003128.

    **B.**    **Witnesses:**

Re:     Lonnie Charles DENISON
        Docket Number:   2:07CR00169-01
        **STATEMENT OF EVIDENCE**

      (1)    United States Probation Officer Philip Y. Mizutani will testify to the contents of the arrest report and information received from the Napa County Sheriff's Department.

**Charge 3:   LEAVING THE JUDICIAL DISTRICT WITHOUT THE PERMISSION OF THE COURT OR PROBATION OFFICER**

    A.    Evidence:

      (1)    Napa County Sheriff's Department, report number NSD 12-003128.

    B.    Witnesses:

      (1)    United States Probation Officer Philip Y. Mizutani will testify to the contents of the arrest report and information received from the Napa County Sheriff's Department.

Respectfully submitted,

/s/ Philip Y. Mizutani
**PHILIP Y. MIZUTANI**
**United States Probation Officer**

DATED:   September 5, 2012
         Sacramento, California
         PYM/sg


REVIEWED BY:   /s/ Michael A. Sipe
               **MICHAEL A. SIPE**
               **Supervising United States Probation Officer**

## REVOCATION GUIDE - PROBATION

**Offender Name:**   Lonnie Charles Denison          **Docket Number:**   2:07CR00169-01

**Date of original offense:**   04/15/2007

**Statutory maximum imprisonment for original offense:**  5 years

**Highest grade of violation alleged:**          B

**Criminal History Category of offender:**     I

**Original guideline range:** 0 to 6 months.

**Chapter 7 range of imprisonment:** 4 to 10 months.

**Violation requires mandatory revocation:  YES:** __  **NO:**  X  .

**Original offense committed after 09/13/94:**  Court may sentence up to the statutory maximum for the original offense.  Court must consider but is not bound by Chapter 7 ranges.  Reasons for the length of revocation sentence should be stated on the record.

## MANDATORY REVOCATION ISSUES

**Original offense committed after 09/13/94:**  Title 18 USC 3565 instructs that supervision shall be revoked upon a finding of:  1) Possession of a firearm; 2) Possession of a controlled substance; or, 3) Refusal to comply with mandatory drug testing.  If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession."

**Positive/Failed Drug Tests after 11/02/2002:**   Title 18 USC 3565 amended and instructs that supervision be revoked for:  Testing positive for illegal controlled substances more than three times over the course of one year.

September 5, 2012
PYM/sg