# UNITED STATES DISTRICT COURT
## Eastern District of California

# Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**  Lonnie Charles DENISON                **Docket Number:**  2:07CR00169-01

**Name of Judicial Officer**:    Senior United States District Judge Garland E. Burrell, Jr.

**Date of Original Sentence:**   4/11/2008

**Original Offense:** 18 U.S.C. § 1366(b) - Damage to an Energy Facility (CLASS D FELONY)

**Original Sentence:** 60 months term of Probation; $100 special assessment; $34,163.00 restitution; Mandatory drug testing; No firearms; and DNA collection.

**Special Conditions:**

1) Drug/Alcohol Treatment
2) Drug/Alcohol Testing
3) Outpatient Mental Health Treatment
4) 180 Days of Location Monitoring
5) Aftercare Co-payment
6) No Contact with CAL-ISO.

**Type of Supervision:**    Supervised Release

**Date Probation Commenced:**    04/11/2008;   **Supervision Commenced:** 07/12/2013

**Other Court Actions:**

| | |
|---|---|
| **07/22/2014:** | Probation Form 12C – Petition for warrant filed reporting: 1) New law violation; 2) Failure to report law enforcement contact; and 3) Leaving district without permission. |
| **04/19/2013:** | Disposition: Probation revoked; Sentenced to 4 months imprisonment followed by 32 months Supervised Release with the following special conditions: 1) Drug/Alcohol Treatment; 2) Drug/Alcohol Testing: 3) Abstain From Alcohol; 4) Outpatient Mental Health treatment; 5) 120 Days of Location Monitoring; 6) Aftercare Co-payment; 7) No Contact with CAL-ISO. |
| **07/12/2013:** | Supervised Release commenced. |

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

8. The defendant shall reside and participate in an inpatient correctional treatment program to obtain assistance for drug and/or alcohol abuse, for a period of up to 90 days, **and up to 10 additional days for substance abuse detoxification services if deemed necessary.**

**Justification:** On the evening of December 29, 2014, Denison's mother contacted the probation office and expressed concerns about the offender's mental state. Specifically, she noted that the offender seemed to be "withdrawing from friends and family" and she discovered that his employment was recently terminated for failing to show up for work.

On the morning of December 30, 2014, the probation officer made contact with the offender at his residence. Denison reported that he had relapsed and has been continuously using alcohol/methamphetamine since December 15, 2014. He confirmed that his employment was terminated, he was down to his last $60.00, and planned to commit suicide once he exhausted all of his money.

Luckily, Dennison's boyfriend had just arrived to the offender's residence that morning for support and was in the process of making him breakfast. Upon assessing the offender was not a danger to himself or others, a plan was formed/agreed upon to which the offender consented to entering an inpatient drug treatment program for a period of 90-days. Over the next 3 days, Denison's boyfriend would move into the offender's residence, monitor the offender's mental state, and report to Rocklin Police Department and probation if there was deterioration in his status. In addition, the offender's parents agreed to assist the offender in moving out of his apartment, tending to other personal matters, and transporting him to the treatment facility. On January 2, 2015, Denison entered the Well Space (A House) inpatient substance abuse facility to begin his program as agreed.

Respectfully submitted,

**/s/ Vladimir Pajcin**

**VLADIMIR PAJCIN**
**United States Probation Officer**
Telephone: (916) 786-2357

**DATED:** 1/9/2015

Reviewed by,

**/s/ Michael A. Sipe**

**MICHAEL A. SIPE**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒ Modification approved as recommended.

☐ Modification not approved at this time. Probation Officer to contact Court.

☐ Other

Dated: January 9, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

CC:

United States Probation

Assistant United States Attorney: Kyle F. Reardon

Defense Counsel: Rachelle Barbour